UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATEUSZ SASIADA,

    Plaintiff(s),

v.

SWITCH, LTD.,

    Defendant(s).

Case No. 2:23-cv-00088-JCM-NJK

**Order**

[Docket Nos. 5, 6]

Pending before the Court is a waiver of service, Docket No. 6, and a stipulation to extend the answer deadline, Docket No. 5. The waiver of service is incomplete in that it does not provide the date the waiver was requested; it also appears that this filing may be inaccurate as to the deadline to respond to the complaint.[1] The waiver of service filed at Docket No. 6 is hereby **STRICKEN**. The parties are hereby **ORDERED** to complete the standard waiver of service form used in federal court (the AO 399 form)[2] and to file it by March 17, 2023.

Based on the information above and the operation of the governing rule, it is not clear that the stipulation for extension is accurate or necessary. Docket No. 5. Accordingly, that stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: March 16, 2023

                                                  Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] "A defendant who, before being served with process, timely returns a waiver <u>need not serve an answer to the complaint until 60 days after the request was sent</u>—or until 90 days after it was sent to the defendant outside any judicial district of the United States." Fed. R. Civ. P. 4(d)(3) (emphasis added). Although not included in the document itself, the docket text for this filing provided by Attorney Fulton indicates that the waiver request was sent on March 6, 2023, which would mean that the deadline to respond to the complaint would be May 5, 2023.

[2] That form is available on the Court's website at https://www.nvd.uscourts.gov/wp-content/uploads/2017/07/AO_399_0109.pdf.

1