ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATEUSZ SASIADA, an individual, | Case No.: 2:23-cv-00088-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT'S MOTION TO COMPEL ARBITRATION [ECF No. 9]** |
| vs. | |
| SWITCH, LTD., a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | **(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff MATEUSZ SASIADA, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant SWITCH, LTD., by and through its attorneys of record, WENDY M. KRINCEK, ESQ. and MICHAEL D. DISSINGER, ESQ., of the law firm of LITTLER MENDELSON, P.C. (collectively herein the "parties"), to continue the briefing deadlines regarding Defendant's Motion To Compel Arbitration And To Dismiss The Action, Or, Alternatively, To Stay The Action Pending Arbitration [ECF No. 9] (the "Motion").[1]

---

[1] Pursuant to LR IC 2-2(b), Defendant's Motion was filed as two separate ECFs (Nos. 9 and 10). Accordingly, the parties submit two separate stipulations to extend the briefing deadlines for the

JENNINGS & FULTON, LTD.
2580 SORREL STREET
LAS VEGAS, NEVADA 89146
TELEPHONE 702 979 3565 ♦ FAX 702 362 2060

Plaintiff's counsel starts an estimated 3-4 week jury trial in the Eighth Judicial District Court for Clark County, Nevada on May 15, 2023, in Case No. A-21-831496-B, *DGMD Real Estate Investments, LLC v. Jim Mueller, et al.* Thus, Plaintiff's counsel has an unavoidable conflict, and good cause exists to extend the current Opposition deadline from May 18, 2023 to **June 1, 2023**. Additionally, the extension of Plaintiff's deadline to file an Opposition creates a scheduling conflict for Defendant that constitutes good cause to provide additional time for Defendant to file the Reply in Support of the Motion. Specifically, Defendant's in-house counsel will be out of the country the first two weeks of June and will be unable to review until June 15, 2023. Given the scheduling conflict, the parties further stipulate that the deadline for Defendant to file its Reply in Support of the Motion will be **June 22, 2023**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Motion. A stipulation addressing ECF No. 10 is submitted contemporaneously herewith. **LR IC 2-2(b).**

JENNINGS & FULTON, LTD.
2580 SORREL STREET
LAS VEGAS, NEVADA 89146
TELEPHONE 702 979 3565 ♦ FAX 702 362 2060

Consistent with the foregoing, the parties stipulate that Plaintiff shall have until June 1, 2023 to file his Opposition to the Motion. Defendant shall have until June 22, 2023 to file its Reply in Support of the Motion. The instant stipulation is submitted in good faith in order to fully brief and adjudicate the Motion and not for the purpose of undue delay.

Dated: May 18th, 2023                          Dated: May 18th, 2023

**JENNINGS & FULTON, LTD.**              **LITTLER MENDELSON, P.C.**

_____/s/ Logan G. Willson, Esq._____      _____/s/ Michael D. Dissinger, Esq._____
Adam R. Fulton, Esq.                          Wendy K. Krincek, Esq.
Nevada Bar No. 11572                          Nevada Bar No. 6417
Logan G. Willson, Esq.                        Michael D. Dissinger, Esq.
Nevada Bar No. 14967                          Nevada Bar No. 15208
*Attorneys for Plaintiff*                     *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _ May 19, 2023 _____

JENNINGS & FULTON, LTD.
2580 SORREL STREET
LAS VEGAS, NEVADA 89146
TELEPHONE 702 979 3565 ♦ FAX 702 362 2060